JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>JMS AIR CONDITIONING AND APPLIANCE SERVICE, INC., a California corporation doing business as "JMS A/C & Heating"; and YOSSEF MESICA, an individual,<br><br>Defendants. | Case No. 2:15-cv-00125-AB-AGR<br><br>Assigned to the Honorable André Birotte Jr.<br><br>**[Proposed] JUDGMENT** |

This action having been commenced on January 7, 2015, and the Court having granted the *ex parte* application filed by Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., to reopen the case and enter judgment pursuant to stipulation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, shall recover from Defendants JMS Air Conditioning and Appliance Service, Inc. and Yossef Mesica, jointly and severally the principal amount of $213,667.82, together with post-judgment interest calculated at 8% per annum from May 1, 2018, until paid in full.

Dated: May 03, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2
25. LA15CV00125-AB-PROP J.DOCX                                           Judgment